# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KRISTINA WRIGHT QUARLES,                                                                    PLAINTIFF
ADC #760441

v.                              Case No. 5:10CV00060JLH/HLJ

JEFFERSON COUNTY, ARKANSAS, *et al*.                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Jefferson County, Arkansas, Jefferson County Sheriff's Department, Gerald Robinson, Ronnie Cole, Tyra Tyler, and Ed Adams are hereby DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE